IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. M-03-638 (AK) |
| ) | |
| RENE LEFEVER, ) | |
| DCDC 223-964 ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION TO VACATE ORDER DIRECTING THE DEFENDANT
TO BE HELD IN ADMINSTRATIVE SEGREGATION**

The Defendant, through undersigned counsel, respectfully requests that the February 1, 2005 order directing that the Defendant be held in administrative segregation be vacated.

1. The Defendant has been charged by criminal complaint with conspiracy to sell and receive interstate stolen property, in violation of 18 U.S.C. §2315.

2. On February 1, 2005, the Court issued a Commitment Order directing that the Defendant be held in Administrative Segregation.

3. Neither the Government nor the Defendant (or his counsel) know why the February 1, 2005, Order was issued. All parties agree, however, that there no need for the Order to be in place.

4. The Defendant therefore requests that the February 1, 2005 order directing that the Defendant be held in administrative segregation be vacated.

5. The Government, per Assistant United States Attorney Bruce Hegyi, does not oppose this request.

WHEREFORE, for the foregoing reasons, it is urged that this Court grant this Motion.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

/s/

_____
DAVID W. BOS.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500