## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. M-03-638 (AK)** |
| ) | |
| **RENE LEFEVER,** ) | |
| **DCDC 223-964** ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

Upon consideration of Defendant's unopposed motion to vacate the February 1, 2005,

commitment order directing that the Defendant be held in administrative segregation, it is hereby,

**ORDERED** that the February 1, 2005 commitment order directing that the Defendant be

held in administrative segregation is hereby **vacated**, it is hereby

**FURTHER ORDERED** that the staff at the Correctional Treatment Facility shall

determine the appropriate placement of the Defendant within the Correctional Treatment Facility.


_____
THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE


Dated:_____


Copies to:
David W. Bos.                          United States Marshal for
625 Indiana Avenue, N.W.               The District of Columbia
Suite 550                              333 Constitution Avenue, NW
Washington, D.C.  20004                Washington, D.C. 20001

Bruce Hegyi
Office of the United States Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20001