IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                           )<br>)<br>RENE LEFEVER,                       )<br>DCDC 223-964                         )<br>    Defendant.                           )<br>_____) | Case No. M-03-638 (AK)<br><br>**FILED**<br><br>MAY 0 2 2005<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of Defendant's unopposed motion to vacate the February 1, 2005, commitment order directing that the Defendant be held in administrative segregation, it is hereby,

**ORDERED** that the February 1, 2005 commitment order directing that the Defendant be held in administrative segregation is hereby **vacated**, it is hereby

**FURTHER ORDERED** that the staff at the Correctional Treatment Facility shall determine the appropriate placement of the Defendant within the Correctional Treatment Facility.

_____
THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Dated: May 2, 2005

Copies to:
David W. Bos.
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

Bruce Hegyi
Office of the United States Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001

United States Marshal for
The District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

