AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court
## for the
_____ DISTRICT OF COLUMBIA

FILED
SEP 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Rene Letivier

WAIVER OF INDICTMENT

CASE NUMBER: 05-362

I, Rene Letivier, the above named defendant, who is accused of violating 18 USC § 371 and 18 USC § 3146 (a) and (b)(A)(ii)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/30/05 _____ prosecution by indictment and consent that the
                                Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Royce C. Lamberth_
            Judicial Officer