FILED

SEP 30 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*United States v. Rene A. Lefever*
03-638M

Cr. 05-362

Let this be filed.

Royce C. Lamberth
U.S.D.J. 9/30/05

## FACTUAL PROFFER

**Count One**
(Conspiracy)

In or around August of 2002, Rene Aquiles Lefever ("Mr. Lefever"), began his second period of employment at Nery's Auto Service, also known as J & N Auto Service ("Nery's"), at 1731 Kalorama Road, N.W., Washington, D.C., having previously worked there in the mid-1990s. From the time of his previous employment at Nery's, Mr. Lefever was aware that Nery's was a center to which burglars, thieves and drug addicts regularly brought stolen items for sale. Upon his return to Nery's, Mr. Lefever confirmed that Nery's continued as an active location for the purchase of stolen property. In around January of 2003, Mr. Lefever began working in the front office at Nery's. From this station, Mr. Lefever had greater exposure to the existing practice at Nery's of purchasing stolen goods from known burglars and thieves. This established (and continuing) trade in stolen property was being carried out by the owner (Orosco Nery) and various other employees of Nery's and/or persons who frequented Nery's. Beginning in or about January 2003, Mr. Lefever became actively involved, in concert with others, in the purchase of stolen property from known burglars and thieves, at times purchasing the same individual the same types of items on more than one occasion in a single week, and always purchasing the items brought to Nery's for sale at a small fraction of their actual fair market value.

The types of property that was purchased by Mr. Lefever, and others, at Nery's included, but was not limited to, such things as laptop computers, camcorders, digital cameras, televisions, stereo equipment, watches, jewelry, power tools, and other items.

When focusing on the September of 2003 through October of 2003 time frame, when Orosco Nery was ill and/or in the hospital, Mr. Lefever was the lead person at Nery's in the purchase of stolen property. During this time frame, Mr. Lefever's brother, Christian Lefever, an employee of Nery's, Jose Gonzalez, and others worked together in the purchase of stolen property at Nery's. During this time, Mr. Lefever resided in Maryland and he took various items of stolen property purchased at Nery's to Maryland. Similarly, during this time, Christian Lefever worked in Maryland, and Christian Lefever took various items of stolen property purchased at Nery's to Maryland. Mr. Gonzalez, who resided in Virginia during this time frame, took various items of stolen property purchased at Nery's to Virginia.

In addition to purchasing items of stolen property from known burglars and thieves, in, about, and between September of 2003 and October of 2003, Mr. Lefever and his co-conspirators, purchased at Nery's from undercover law enforcement officers various items of property that were represented to Mr. Lefever and/or his co-conspirators as having been stolen in Maryland and/or Virginia, including, but not necessarily limited to the following:

a. On August 19, 2003, while at Nery's, defendant **RENE AQUILES LEFEVER** purchased for $40 assorted hats and leather coats believing them to be stolen;

b. On August 27, 2003, while at Nery's, defendant **RENE AQUILES LEFEVER** purchased for $100 in United States currency a laptop computer and audio equipment believing them to be stolen;

c. On August 28, 2003, while at Nery's, defendant **RENE AQUILES LEFEVER** purchased for $40 in United States currency a "Technics" brand and two "Bose" brand pieces of stereo/audio equipment believing them to be stolen;

d. On August 28, 2003, defendant **RENE AQUILES LEFEVER** purchased for $50 in United States currency a "Sony" brand camcorder believing it to be stolen;

e. On September 11, 2003, while at Nery's, defendant **RENE AQUILES LEFEVER** purchased for $40 in United States currency a "Hilti" brand hammer-drill and a "Milwaukee" brand power saw believing them to be stolen;

f. On September 16, 2003, while at Nery's, defendant **RENE AQUILES LEFEVER** together with co-conspirator Jose Gonzalez purchased for $20 in United States currency a DVD player believing it to be stolen;

g. On September 30, 2003, while at Nery's, co-conspirator Christian Lefever, purchased for $50 in United States currency a camcorder believing it to be stolen;

h. On October 1, 2003, while at Nery's, defendant **RENE AQUILES LEFEVER** purchased for $75 in United States currency a digital camera believing it to be stolen;

i. On October 14, 2003, while at Nery's, co-conspirator Jose Gonzalez purchased for $40 in United States currency a Louis Vuitton purse and two "Jensen" brand car amplifiers, and a camera, believing them to be stolen;

j. On October 15, 2003, while at Nery's, defendant **RENE AQUILES LEFEVER** together with co-conspirator Jose Gonzalez purchased for $20 in United States currency a knife set believing it to be stolen;

k. On October 24, 2003, while at Nery's defendant **RENE AQUILES LEFEVER** purchased for $200 in United States currency various items of jewelry, a "Pentax" brand camera, and a Play Station audio-visual entertainment device believing them to be stolen; and

l.      On October 24, 2003, while at Nery's, defendant **RENE AQUILES LEFEVER** purchased for $80 in United States currency a "Compaq" brand laptop computer believing it to be stolen.

The combined value of the stolen items purchased by Mr. Lefever and his co-conspirators in, about and between September of 2003 and October of 2003 was in excess of $5,000.

As set forth above, Mr. Lefever willfully and intentionally purchased items believing them to be stolen property, and he did not do so by accident or mistake. Moreover, as set forth above, Mr. Lefever willfully and intentionally conspired with Christian Lefever and Jose Gonzalez, among others, in the purchase of items believed by him to be stolen property. By his willful an voluntary conduct, Mr. Lefever entered into, and engaged in, a conspiracy to receive, possess, conceal, store, barter, sell, and/or dispose of goods, wares, and merchandise of the value of $5,000 or more, which have crossed a State boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken, in violation of 18 U.S.C. §371 (18 U.S.C. §2315).

### Count Two
(Failure to Appear)

On or about April, 22, 2004, in the District of Columbia, defendant **RENE AQUILES LEFEVER**, having been charged in Criminal Case No. 03-0374M in the United States Court for the District of Columbia with a violation of Title 18, United States Code, Section 371 (Conspiracy to Receive Property Stolen in Interstate Commerce), a felony, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charge, for appearance before a judicial officer on April 22, 2004 for a status hearing in Case No. 03-0374M, entitled *United States v. Rene A. Lefever*, did knowingly and willfully fail to appear as required, in violation of Title 18, United States Code, Sections 3146(a) and (b)(A)(ii).)

THE FACTS SET FORTH IN THIS FACTUAL PROFFER ARE TRUE AND CORRECT.

9-30-05
Date

RENE A. LEFEVER
Defendant