### HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Docket No.: <u>CR-05-0362-01</u> |
| vs. | : SSN: |
| Lefever, Rene Aquiles | : Disclosure Date: <u>November 7, 2005</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

**FILED**

**JAN 1 9 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____           _____
**Prosecuting Attorney**                                                     **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

(X)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____           _[signature]_  11/21/05
**Defendant**        **Date**                 **Defense Counsel**        **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 21, 2005</u>, to U.S. Probation Officer <u>Monica Johnson</u>, telephone number <u>(202) 565-1332</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer