PROB 12A-DC
(Rev. 12/82)

FILED

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. **Rene Lefever**                                    Docket No.: **CR 05-362-01**

### REQUEST FOR COURSE OF ACTION
### (Statement of Alleged Violations of Supervised Release)

COMES NOW **Stacy Funches**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Rene Lefever**, who was placed on Supervised Release by the Honorable Royce C. Lamberth, United States District Judge, sitting in the Court for the District of Columbia, on the **19th** day of **January**, **2006**, who fixed the period of Supervised Release at **four** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1)     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapons.

2)     The defendant shall cooperate in the collection of DNA as directed by the probation officer.

3)     The defendant shall participate in, and successfully complete, a residential and/or out-patient substance abuse treatment program, which may include drug testing and detoxification service, as approved and/directed by the Probation Office.

4)     The defendant shall pay a $200 special assessment.

On January 19, 2006, Mr. Lefever appeared before Your Honor for sentencing, having pled guilty to Count No. One, Conspiracy to Receive Property Stolen in Interstate Commerce, in violation of 18 U.S.C. § 371, and Count No. Two, Failure to Appear, in violation of 18 U.S.C. §§ 3146(a) and (b)(1)(A)(ii). Mr. Lefever was sentenced to 14 month incarceration in Count No. One, and to two months incarceration in Count No. Two. The terms of incarceration were ordered to run consecutively. Mr. Lefever was ordered to serve a period of four years supervised

**RENE, Lefever**
**Docket No.: CR 05-362-01**
**Page 2**

release on both Count No. One and Count No. Two, with the terms of supervised release to run concurrently.  Mr. Lefever supervised release commenced on March 30, 2006, and is scheduled to expire on March 29, 2010.[1]

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violations of Supervised Release

1)      **Mr. Lefever has engaged in new criminal conduct.** (Standard Condition)

2)      **Mr. Lefever has engaged in new criminal conduct.** (Standard Condition)


Respectfully submitted,

United States Probation Officer
(202) 565-1370


Approved By: _____
                        Ervin D. Bell, Supervising
                        United States Probation Officer


Praying that the Court will order a Hearing On Violation with voluntary appearance of Mr. Lefever.   Should Your Honor concur, the attached order has been prepared.

---

[1]At the time of originally sentencing, the Court ordered a four-year term of supervised in both counts.  However, the statutory maximum term of supervised release imposable was three years pursuant to 18 U.S.C. § 3583(b)(2).   Consequently, the Court's authority to retain jurisdiction in this case may expire on March 29, 2009.