UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. <u>**Rene Lefever**</u>                                Docket No.: <u>**CR 05-362-01**</u>

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of Supervised Release with voluntary appearance of <u>Rene Lefever</u> before the Court/ _____ ~~Magistrate Judge~~ _____ on _____ *as set by the Clerk* _____.

### ORDER OF COURT

Considered and ordered this ___10th___ day of ___December___, 2007.

_____
Royce C. Lamberth
United States District Judge