A 245 D (Rev DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

**FILED**

# UNITED STATES DISTRICT COURT
## for the District of Columbia

JUL 9 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Case Number  **05-362-01**

**RENE AQUILES LEFEVER**

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, **RENE AQUILES LEFEVER**, was represented by **David Walker Bos**

It appearing that the defendant, who was sentenced on **01/30/2006** in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this **26th** day of **June, 2008** that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

All of the current conditions of Supervised Release will remain the same. In addition, defendant will pay a fine in the amount of $1500.00 within Sixty (60) days.

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this **26th** day of **June** 20**08**

_Royce C. Lamberth_

Chief Judge Royce C. Lamberth, U.S. District Court Judge

